IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE;
AND THE HONORABLE DAVID R.
GAMBLE, SENIOR JUDGE,
Respondents.

No. 84816

FILED

JUN 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se original petition for a writ of mandamus seeking an order that would compel the district court to rule on petitioner's pending petition for a writ of habeas corpus.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Whether a petition for extraordinary writ relief will be entertained rests within this court's sound discretion. *D.H. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioner bears the burden of demonstrating that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Further, it is petitioner's responsibility to provide this court with all documents essential to understand the matters set forth in the petition. NRAP 21(a)(4).

Having reviewed the petition and the limited documents provided in support by petitioner, we conclude, without reaching the merits

22-19205

of any claims, that petitioner has failed to meet his burden of demonstrating that extraordinary relief is warranted. Moreover, to the extent that petitioner complains that his district court filings remain unresolved, we are confident that the district court will resolve all pending matters as expeditiously as its calendar allows. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Chief Judge, Fifth Judicial District Court
       Peter Jason Helfrich
       Nye County Clerk